IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD EUGENE LYNN,
Inmate No. N29177,
     Plaintiff,

vs.                      Case No.: 3:19cv3374/MCR/EMT

STATE OF FLORIDA, et al.,
     Defendants.

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff subsequently filed amended complaints (ECF Nos. 4, 5). By order dated September 9, 2019, Plaintiff was given thirty (30) days in which to either submit a completed motion to proceed in forma pauperis on the court-approved form or pay the $400.00 filing fee (ECF No. 3). Plaintiff failed to pay the filing fee or submit a motion to proceed in forma pauperis within the time allowed; therefore, on October 25, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 5). Plaintiff was granted an extension of time, to December 16, 2019, in which to comply with the show cause order (*see*

ECF Nos. 7, 8). The time for compliance with the extended deadline has now elapsed, and Plaintiff has failed to pay the filing fee, submit a motion to proceed in forma pauperis, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this <u>20</u><sup>th</sup> day of December 2019.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.