**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RONALD EUGENE LYNN,
Inmate No. N29177,

      Plaintiff,

v.                              CASE NO. 3:19cv3374-MCR-EMT

STATE OF FLORIDA, et al.,

      Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 20, 2019. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to

comply with an order of the court.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of January 2020.


　　　　　s/ *M. Casey Rodgers*
　　　　**M. CASEY RODGERS**
　　　　**UNITED STATES DISTRICT JUDGE**